# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# File No. 3:13-CV-364-MOC-DSC

| | |
|---|---|
| KRESSMANN-BACKMEYER PUBLISHING, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> ULRIC WOODHAMS, ULRIC OF ENGLAND, ANDREA PRESS, and ANDREA DEPOT USA, INC., <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on "Defendant Andrea Depot USA, Inc.'s Motion for Protective Order" (document #35), Plaintiff's "Motion to Compel Discovery" (document #39), and the parties' associated briefs and exhibits.

Plaintiff seeks an order compelling Defendant to respond to its Second and Third Requests for Documents. Defendant has refused to make production prior to entry of a protective order. In its Motion, Defendant seeks entry of a protective order containing an "Attorneys' Eyes Only" provision.

For the reasons stated in Defendant's briefs, the Court concludes in its discretion that entry of a Protective Order with an "Attorneys' Eyes Only" designation is appropriate.

**IT IS HEREBY ORDERED** that:

1. "Defendant Andrea Depot USA, Inc.'s Motion for Protective Order" (document #35) is **GRANTED**. Within ten days of this Order, Defendant shall submit its proposed Protective Order to the Court electronically in Word format.

2. Plaintiff's "Motion to Compel Discovery" (document #39) is **GRANTED IN PART**. Within fifteen days of entry of the Protective Order, Defendant Andrea Depot USA, Inc. shall make full and complete responses to Plaintiff's Second and Third Requests for Documents.

3. The parties shall bear their own costs <u>at this time</u>.

4. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 27, 2015
Signed: October 27, 2015

David S. Cayer
United States Magistrate Judge